IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA A. LATHAM,<br>　　　　Plaintiff, | )<br>)<br>) |
| vs. | ) Case No.: 05-CV-10294-RWZ<br>) |
| THE MINNESOTA LIFE INSURANCE<br>COMPANY,<br>　　　　Defendant. | )<br>)<br>) |

## AGREED MOTION TO CONTINUE SCHEDULING CONFERENCE

Plaintiff, Patricia A. Latham, and Defendant, Minnesota Life Insurance Co., through their respective counsel, Perry, Hicks, Crotty & Deshaies, and Cozen O'Connor, hereby move this Court for a continuance of the Scheduling Conference. In support of said motion, the parties state as follows:

1.　　This matter is set for a scheduling conference for March 30, 2005 at 2:30 p.m.

2.　　Plaintiff, due to an address error in the Court's files, did not receive a copy of the Notice of Scheduling Conference and first learned of it on March 24, 2005.

3.　　Both parties agree to a continuance of the March 30, 2005 Scheduling Conference to allow Plaintiff time to confer with his client regarding the matters to be discussed therein and to fully prepare the Joint Statement and settlement proposals.

WHEREFORE, Plaintiff and Defendant respectfully request this Court to continue the Scheduling Conference to a date convenient with the Court.

Respectfully submitted,

Plaintiff, Patricia A. Latham

By: *Mark R. Deshaies* /p. A. jms
    One of her Attorneys

Minnesota Life Insurance Co.

By: *John D Shea*
    One of its Attorneys

John D. Shea
BBO 600652
1900 Market Street
Philadelphia, PA 19103
Phone: (215) 665-2000
Fax:    (215) 665-2013
E-Mail: JShea@Cozen.com

Catherine A.T. Nelson, Esq.
Leena Soni, Esq.
Of Counsel
Cozen O'Connor
222 South Riverside Plaza
Suite 1500
Chicago, IL 60606
(312) 382-3100
cnelson@cozen.com
lsoni@cozen.com

## CERTIFICATE OF SERVICE

      The undersigned counsel certifies that a copy of the foregoing Motion to Continue Scheduling Order was served via regular main, postage pre-paid, on the 24th day of March 2005 on the following counsel of record:

Marc R. Deshaies
BBO#550198
388 County Street
New Bedford, MA 02740
(508)996-8921

_/s/ John A. Sh____

CHICAGO1\337106\1 159988.000