PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

# COZEN
# O'CONNOR
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 1500   222 SOUTH RIVERSIDE PLAZA   CHICAGO, IL 60606-6000
312.382.3100   877.992.6036   312.382.8910 FAX   www.cozen.com

April 18, 2005

**VIA FACSIMILE**

Nicole N. Albertson
Paralegal
Direct Phone 312.382.3161
nalbertson@cozen.com

Lisa Urso
U.S. District Court for the District of
Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   *Patricia A. Latham v. The Minnesota Life Insurance Co.*
      Docket No.: 0411CV221

Dear Ms. Urso:

Per our conversation on April 15, 2005 regarding the scheduling conference in the above referenced matter, please call the following number tomorrow at 3 p.m. Eastern time to reach Leena Soni, the attorney appearing via telephone for our client The Minnesota Life Insurance Co.:

Leena Soni, (773) 398-2954 (Please be advised that this is a cell phone number).

If you have any further questions, please contact myself at the above number or Leena Soni at the number listed.

Very truly yours,

COZEN O'CONNOR

*Nicole N. Albertson*

By:   Nicole N. Albertson
      Paralegal

nna