UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2006 MAR 13 P 2: 32
U.S. DISTRICT COURT
DISTRICT OF MASS.

C.A. No.
05-CV-10294-RWZ

PATRICIA A. LATHAM,
    Plaintiff

vs.

THE MINNESOTA LIFE
INSURANCE COMPANY,
    Defendant

## STIPULATION OF DISMISSAL
### Fed. R. Civ. P. 41(a)(1)(ii)

Plaintiff and Defendant by and through their respective counsel hereby stipulate that the above-entitled matter be dismissed on the merits, with prejudice and without costs to either party hereto.

Plaintiff,
Patricia A. Latham,
By her attorneys,

_____
Marc R. Deshaies (BBO#550198)
Ellyn H. Hurd (BBO#652031)
Perry, Hicks, Crotty & Deshaies, LLP
388 County Street
New Bedford, MA 02740
Tel. (508) 996-8291
Fax (508) 997-2637

Defendant,
The Minnesota Life Insurance Company,
By its attorney,

_____
John D. Shea, Esq. (BBO#60052)
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Tel. (215) 665-2000
Fax (215) 665-2013

Of Counsel:

_____
Catherine A.T. Nelson, Esquire
Leena Soni, Esquire
Cozen O'Connor
222 South Riverside Plaza, Suite 1500
Chicago, IL 60606
Tel. (312) 382-3172
Fax (312) 382-8910

Dated: __1/26__, 2006